UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HUEI-CHUEH (JESSICA) CHEN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1: 05-cv-0916-DFH-TAB |
| ELI LILLY & COMPANY, | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court has issued today its entry granting defendant Eli Lilly's motion for summary judgment.  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Huei-Chueh (Jessica) Chen take nothing by her complaint against defendant Eli Lilly, and that this action is hereby DISMISSED WITH PREJUDICE.

Date:  May 4, 2007

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By:  Deputy Clerk

-2-

Copies to:

Ellen E. Boshkoff
BAKER & DANIELS
ellen.boshkoff@bakerd.com

Adrienne Franco Busby
BAKER & DANIELS
afbusby@bakerd.com

Kenneth E. Lauter
HASKIN LAUTER LARUE & GIBBONS
klauter@hlllaw.com

Jay Meisenhelder
HASKIN LAUTER LARUE & GIBBONS
jmeisenhelder@hlllaw.com